UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nzinga Begum,                                            Case No. 3:26-cv-690

              Plaintiff,

    v.                                                        ORDER

SFR ATL Owner 1, L.P.,

              Defendant.

*Pro se* Plaintiff Nzinga Begum filed this civil action against SFR ATL Owner 1, L.P., seeking to proceed *in forma pauperis.* (Doc. No. 2). Because her application to proceed *in forma pauperis* was deficient, United States Magistrate Judge Darrell A. Clay issued an Order on May 18, 2026, directing Plaintiff to pay the filing fee or to complete and submit a complete application to proceed *in forma pauperis* within 30 days in order to proceed with the case. (*See* Doc. No. 5). In the May 18, 2026 Order, Judge Clay stated, "Plaintiff is notified that failure to comply with this Order may result in dismissal of this action without further notice." (*Id.*).

More than thirty days have passed, and Plaintiff has not complied with the Court's deficiency order. Accordingly, this action is dismissed without prejudice for want of prosecution. *See Erby v. Kula,* 113 F. App'x 74 (6th Cir. 2004) (affirming dismissal of pro se action for want of prosecution where plaintiff failed to comply with court's deficiency order); *May v. Pike Lake State Park*, 8 F. App'x 507, 508 (6th Cir. 2001). I further certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this dismissal could not be taken in good faith.

So Ordered.

                                      s/ Jeffrey J. Helmick
                                      United States District Judge